**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **YA EMPLOYEE SERVICES, LLC and R.L. YOUNG, LLC,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Case No. 4:26-cv-00662-MAL** |
| **BENJAMIN SPARKS, MATTHEW SPARKS and CALEB GIBBS,** | ) | |
| **Defendants.** | ) | |

**<u>NOTICE OF SERVICE OF DEFENDANTS' JOINT INITIAL DISCLOSURES TO PLAINTIFFS</u>**

Defendants hereby notify the court that on August 31, 2026, a true and correct copy of Defendants' Joint Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) were served via electronic mail upon counsel of record.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Morgan E. Geffre*

Morgan E. Geffre *(Admitted Pro Hac Vice)*
1551 N. Waterfront Pkwy., Suite 100
Wichita, KS 67206
T (316) 291-9577 | F (316) 267-6345
mgeffre@foulston.com

Scott C. Nehrbass, MO # 46529
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
T (913) 498-2100 | F (913) 498-2101
snehrbass@foulston.com

ATTORNEY FOR DEFENDANTS
BENJAMIN SPARKS and
MATTHEW SPARKS

-- *and* –

PAYNE & JONES, CHARTERED

By: */s/ Tyler Peters*
Tyler Peters, MO #38879
11000 King Street
Overland Park, Kansas 66210
Telephone: (913) 469-4100
Facsimile: (913) 469-8182
tpeters@paynejones.com

ATTORNEY FOR DEFENDANT
CALEB GIBBS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of September, 2026, I electronically filed the above and foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Morgan E. Geffre*
Morgan E. Geffre *(Admitted Pro Hac Vice)*